AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF CALIFORNIA

SUSAN DOOLITTLE )
)
) CV 08    3579   EDL
)
Plaintiff )
v. ) Civil Action No.
FIDELITY NATIONAL FINANCIAL, INC.; )
FIDELITY NATIONAL TITLE INSURANCE )
COMPANY; TICOR TITLE INSURANCE )
COMPANY; (See Attachment A) )
Defendant )

**Summons in a Civil Action**

To: Above Named Defendants

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Adam C. Belsky, Esq.
Gross Belsky Alonso LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94109
T: 415-544-0200
F: 415-544-0201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name **ANNA SPRINKLES**

Date: JUL 25 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## **ATTACHMENT A**

TICOR TITLE INSURANCE COMPANY; TICOR TITLE INSURANCE COMPANY OF FLORIDA; CHICAGO TITLE INSURANCE COMPANY; NATIONAL TITLE INSURANCE OF NEW YORK, INC.; SECURITY UNION TITLE INSURANCE COMPANY; THE FIRST AMERICAN CORPORATION; FIRST AMERICAN TITLE INSURANCE COMPANY; UNITED GENERAL TITLE INSURANCE COMPANY; LANDAMERICA FINANCIAL GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; LAWYERS TITLE INSURANCE CORPORATION; TRANSNATION TITLE INSURANCE COMPANY; STEWART TITLE GUARANTY COMPANY; and STEWART TITLE INSURANCE COMPANY.

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address